IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED
MAR - 2 2022
By
JAMIE GIANI, Clerk
Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 5:22CR 50005 - 001 |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| MAURICE KENTRELL BRIGHT | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| | ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about September 9, 2021, in the Western District of Arkansas, Fayetteville Division, the defendant, **MAURICE KENTRELL BRIGHT**, knowingly and intentionally distributed a controlled substance, namely, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT TWO

On or about September 10, 2021, in the Western District of Arkansas, Fayetteville Division, the defendant, **MAURICE KENTRELL BRIGHT**, knowingly and intentionally distributed a controlled substance, namely, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT THREE

On or about September 17, 2021, in the Western District of Arkansas, Fayetteville Division, the defendant, **MAURICE KENTRELL BRIGHT**, knowingly and intentionally

distributed a controlled substance, namely, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

On or about September 30, 2021, in the Western District of Arkansas, Fayetteville Division, the defendant, **MAURICE KENTRELL BRIGHT**, knowingly and intentionally distributed a controlled substance, namely, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

On or about October 1, 2021, in the Western District of Arkansas, Fayetteville Division, the defendant, **MAURICE KENTRELL BRIGHT**, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

On or about October 1, 2021, in the Western District of Arkansas, Fayetteville Division, the defendant, **MAURICE KENTRELL BRIGHT**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, namely, a Hi-Point, model JHP 45, .45 caliber pistol, serial number X4130563, said firearm having been shipped and transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SEVEN

On or about October 1, 2021, in the Western District of Arkansas, Fayetteville Division, the defendant, **MAURICE KENTRELL BRIGHT**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a mixture or substance that contained a detectable amount of methamphetamine, as charged in Count Five of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

A True Bill.

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: _____
Sydney L. Butler
Assistant U.S. Attorney
Bar No. 2012238
414 Parker Avenue
Fort Smith, AR 72901
(479) 783-5125
sydney.l.butler@usdoj.gov